[Nos. 13871-9-II; 14004-7-II; Division Two. August 26, 1993.]
14081-1-II; 14140-0-II.

THE STATE OF WASHINGTON, *Respondent,* v. FERNANDO GOMEZ RAMIREZ, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. LAZARO FIGUEREDO PEREZ, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. IBRAIM TORRES, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. JORGE BENITEZ CRUZ, *Appellant.*

Appeals from judgments of the Superior Court for Pierce County, Nos. 90-1-00588-9, 90-1-00951-5, 90-1-00818-7, 90-1-00801-2, Brian M. Tollefson, J., entered May 4, 1990, Terry D. Sebring, J., entered June 18, 1990, and Robert H. Peterson, J., entered July 13 and August 1, 1990. *Affirmed* by unpublished opinion per Petrich, J. Pro Tem., concurred in by Alexander, C.J., and Morgan, J.

[No. 29993-0-I. Division One. August 30, 1993.]

LEI-JONG SUN, *Appellant,* v. SHIRAZ BALOLIA, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 91-2-00525-3, David A. Nichols, J., entered December 19, 1991. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Scholfield and Grosse, JJ.